# LAW OFFICE OF CRAIG A. BLUMBERG

FIFTEEN MAIDEN LANE
20™ FLOOR
NEW YORK, NEW YORK 10038-4003

TELEPHONE (212) 346-0808
TELECOPIER (212) 346-0777

LONG ISLAND OFFICE
393 JERICHO TURNPIKE
2ND FLOOR
MINEOLA, NEW YORK 11501

March 25, 2015

**VIA ECF**
Honorable Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Viktorenkov v. The National Flood Insurance
Program, W. Craig Fugate, Janet Napolitano
Our File No. 2551.01
14 CV 2635 (CBA) (RER)

Dear Judge Reyes:

We represent the plaintiff in the above entitled action. This letter will serve as the party's status report.

As a result of the property inspection by defendant's engineer, who determined that the building is not elevated, it was determined that the damages would be readjusted. As such plaintiff continues to compile the documents requested by defendant, which we hope to have shortly.

Respectfully submitted,

LAW OFFICE OF CRAIG A. BLUMBERG

By: _____
Craig A. Blumberg (CB7166)

cc:   Karin Orenstein, Esq.
      Counsel for Defendant